

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



*United States Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

September 12, 2012

**BY FACSIMILE**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601



Re:   **United States v. Steven Knowles et al.,**
      S1 11 Cr. 630 (KMK)

Dear Judge Karas:

The Government respectfully submits this letter to update the Court regarding the status of the defendants, and the upcoming trial schedule, in the above-captioned case. To date, the following 27 defendants have pled guilty (or their guilty plea is scheduled for the next week):

| 1.  | Basket, Glen          | 15. | Granger, Ryan      |
|-----|-----------------------|-----|--------------------|
| 2.  | Brooks, Jerome        | 16. | Hardy, Paul        |
| 3.  | Bruce, Robert         | 17. | McNulty, Rashad    |
| 4.  | Bruce, Stanley        | 18. | Odom, Marcus       |
| 5.  | Charles, Gerald       | 19. | Pallano, Dominick  |
| 6.  | Charles, Gerard       | 20. | Patterson, Shawn   |
| 7.  | Clemons, Michael      | 21. | Pickett, Dexter    |
| 8.  | Collins, Quejuan      | 22. | Pickett, Marquise  |
| 9.  | Diaz, Rayvon          | 23. | Robinson, Travis   |
| 10. | Duquesne, Joseph      | 24. | Shepperd, Marcus   |
| 11. | Ellison, Kyle         | 25. | Stewart, Sharif    |
| 12. | Granger, Christopher  | 26. | Summers, James     |
| 13. | Granger, Dexter       | 27. | Whitney, Edward    |
| 14. | Granger, Kareem       |     |                    |

Therefore, 20 defendants remain in the case. At our most recent pretrial conference, the Court set three trial dates for the case: (i) October 22, 2012, (ii) December 3, 2012, and (iii) January 7, 2013. Please see below a list of the remaining defendants, along with their trial date preference, as communicated to the Government by their respective defense counsel. The Government does note that defense counsel for a number of the remaining defendants below

Hon. Kenneth M. Karas
September 12, 2012
Page 2 of 3

have, at the same time as suggesting a specific trial date, informed the Government that a guilty plea is likely in the coming weeks.

|     | Defendant | Trial Date Preference |
|-----|-----------|----------------------|
| 1.  | Andrews, Michael | January/June 2013* |
| 2.  | **Chambers, Marcus** | **October or December** |
| 3.  | Dennis, Michael | January 2013** |
| 4.  | **Edmonson, James** | **October or December** |
| 5.  | Givens, Christopher | December or January 2013 |
| 6.  | Greene, Daquan | December or January 2013 |
| 7.  | Harris, Jason | January 2013** |
| 8.  | Hughes, Tyree | January 2013 |
| 9.  | Jackson, Willie | December or January 2013 |
| 10. | Jones, Mark | December or January 2013 |
| 11. | Knowles, Steven | January/June 2013* |
| 12. | Melvin, Donte | December or January 2013 |
| 13. | Northover, Anthony | ?? ** |
| 14. | **Pegues, Donald** | **October or December** |
| 15. | Potillo, Bernard | ?? |
| 16. | Smith, Eric | January 2013 ** |
| 17. | Sutton, Samuel | December or January 2013 |
| 18. | **Thomas, Dexter** | **October** |
| 19. | Thomas, Ronnell | January 2013 |
| 20. | Wilson, Andrew | ?? ** |

* Defendant Steven Knowles recently submitted a request to the Court that his trial not be held until at least June 2013. Counsel for defendant Michael Andrews has informed the Government that he, too, prefers a June 2013 trial.

** For differing reasons, defendants Dennis, Harris, Northover, Smith and Wilson appear to be on a different track than the other defendants. Regarding Dennis, the parties' filings regarding his juvenile status at the time of the Cokley murder charged in Count Three of the Indictment remain open before the Court. Harris and Smith were recently appointed new counsel, and the Court has allowed them to file motions on their own schedule. Northover and Wilson are facing various medical issues that appear to place them off-schedule from the remaining defendants.

As noted in **bold** above, four defendants – Marcus Chambers, James Edmonson, Donald Pegues and Dexter Thomas – have stated that they are prepared to go forward with an October trial. As such, the Government respectfully requests that the Court formally name these defendants as the trial defendants for the trial beginning on October 22, 2012. Finalizing, or "locking in," the October trial defendants at this time will allow the Government and defense counsel adequate time to focus trial preparation for these particular defendants.

Hon. Kenneth M. Karas
September 12, 2012
Page 3 of 3

      The Government further suggests that the Court and the parties discuss the trial date for the remaining defendants – and, specifically, whether they should be named to a December, January, June or other trial date – at our next conference, which is presently set for October 5, 2012. Given the representations from defense counsel and the Government's impending deadline of September 28, 2012 by which it will file Prior Felony Informations pursuant to 21 U.S.C. § 851, the Government believes that some of the remaining defendants are likely to plead guilty in the near future (none of the proposed October trial defendants appear eligible for the filing of a Prior Felony Information).

      Thank you for your consideration of this request.

                                  Respectfully submitted,

                                  PREET BHARARA
                                  United States Attorney

                         By: _____
                                  Andrew Bauer
                                  Telemachus P. Kasulis
                                  Assistant United States Attorneys
                                  Southern District of New York
                                  (914) 993-1953 / (212) 637-2411

cc: Counsel of record (via e-mail)

*[Handwritten note:]* The October trial will include Defendants Chambers, Edmonson, Pegues, and Thomas. The remaining trial participants will be set at the October 5 conference.

So Ordered.

*/s/ KMK*
9/12/12