| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------X | **MEMORANDUM**<br>FILENAME - P:\CRD FORMS\MEMO TO DOCKET (Rev. 3/09) |
| United States of America,<br>            Government | Judge : **Paul E. Davison, U.S.M.J** |
| -against- | Case Number: S1 11Cr. 630 (KMK) |
| Rashad McNulty,<br>            Defendant(s)<br>------------------------------------------------------------X | |

TO:    **Honorable Kenneth M. Karas, United States District Judge**

On <u>September 5, 2012,</u> a Rule11 allocution was taken on consent of both parties before me pursuant to your Honor's reference. Please find attached hereto the transcript of the proceeding which sets forth my Report and Recommendation for your consideration. If I can be of any further assistance in this matter I would be pleased to do so.

Dated: September 19, 2012
White Plains, New York

Respectfully Submitted,

Paul E. Davison, USMJ

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/12
```