

# JOHN M. BURKE
### Attorney at Law

26 Court Street - Suite 2805
Brooklyn, New York  11242
Tel: (718) 875-3707
Fax: (718) 875-0053

December 10, 2012

<u>Via Fax: (914) 390-4152</u>

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

        Re.:   <u>U.S. v. Rashad McNulty</u>
                  11 CR 630 (KMK)

Dear Judge Karas:

    I am writing to request that sentencing of Rashad McNulty, currently scheduled for December 18, 2012, be adjourned until February 12, 2013. My client's pre-sentence interview will be in mid December and the February date should be enough time to prepare the pre-sentence report and submissions.

    I have conferred with the Government and they have no objection to this request. Thank you for your time and consideration in this matter.

*[Handwritten: Granted. Sentence is adjourned until February 14, 2013, at 10:00  So Ordered. 12/17/12]*

Respectfully yours,

JOHN BURKE
Attorney for Rashad McNulty

JB/dw
Enc.

cc:   United States Attorney
      Southern District of New York
      300 Quarropas Street
      White Plains, New York  10601
      Attention: Andrew Bauer, Esq., AUSA